UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
JOYCE B. RHEINGOLD, Individually, and on
behalf of all others similarly situated,

                         Plaintiffs,

       -against-                     Case No. 08 civ. 438

MERCK & CO., INC., SCHERING
CORPORATION d/b/a SCHERING-PLOUGH
CORPORATION and MERCK/SCHERING-
PLOUGH PHARMACEUTICALS,

                         Defendants.
------------------------------------------------ X

## NOTICE OF APPEARANCE

       THE UNDERSIGNED ATTORNEYS appear for Defendants in the above captioned action and request that service of all further pleadings be served upon them at the following address:

                    Patrick G. Broderick
                    Dechert LLP
                    30 Rockefeller Plaza
                    New York, New York 10012
                    (212) 698-3500
                    patrick.broderick@dechert.com

Dated: New York, New York  
February 21, 2008

DECHERT LLP

By: /s/ Patrick G. Broderick
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500

ATTORNEYS FOR DEFENDANTS

TO:

Hunter J. Shkolnik, Esq.
RHEINGOLD VALET
113 East 37th Street
New York, NY 10016
(212) 684-1880

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

JOYCE B. RHEINGOLD, Individually and on behalf
of all others similarly situated,

                       Plaintiffs,

      -against-                       Case No. 08 civ. 438

MERCK & CO., INC., SCHERING
CORPORATION d/b/a SCHERING-PLOUGH
CORPORATION and MERCK/SCHERING-
PLOUGH PHARMACEUTICALS,

                       Defendants.

------------------------------------------------ X

## CERTIFICATE OF SERVICE

      Patrick G. Broderick, a lawyer admitted to the bar of this Court, certifies under penalty of perjury that, on February 21, 2008, he caused a true and correct copy of the Notice of Appearance to be served by ecf filing upon:

                    Hunter J. Shkolnik, Esq.
                    RHEINGOLD VALET
                    113 East 37th Street
                    New York, NY 10016
                    (212) 684-1880

Dated: February 21, 2008        /s/ Patrick G. Broderick
                                  Patrick G. Broderick (PB 7282)
                                  DECHERT LLP
                                  30 Rockefeller Plaza,
                                  New York, NY 10112-2200
                                  (212) 698-3500

                                  **Attorneys for Defendants**