UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOYCE B. RHEINGOLD, Individually, and on
behalf of all others similarly situated,

      Plaintiffs,

  -against-

MERCK & CO., INC. and SCHERING
CORPORATION D/B/A SCHERING-
PLOUGH CORPORATION, and
MERCK/SCHERING-PLOUGH
PHARMACEUTICALS,

      Defendants.
------------------------------------- X

Civil Action No. 1:08-CV-00438 (SAS)

**ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

This matter having come before the Court on application of the Defendants for an extension of time to answer, move or otherwise respond to the Complaint pending a decision on centralization of this and other matters by the Judicial Panel on Multidistrict Litigation ("MDL Panel") in MDL Docket No. 1938, In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation, and the Plaintiff having consented to the extension on the terms set forth below, it is hereby

ORDERED that the Defendants shall notify the Court of the decision of the MDL Panel within three business days after the MDL Panel issues its decision, and it is further

ORDERED that the time within which the Defendants may answer, move or otherwise respond to the Complaint in the above matter is hereby extended to a date to be set at the first scheduling conference after the MDL Panel issues its decision, and it is further

ORDERED that if the Defendants file a responsive pleading in any other similar action pending in another federal district court, they shall notify the Plaintiff's counsel before filing such a pleading, and the Plaintiff may then file a motion to amend this Order. Defendants reserve the right to oppose such a motion.

*[signature]*

HON. SHIRA A. SCHEINDLIN, U.S.D.J.

2/22/08

The undersigned consent
to the form and substance
of the above Order

/s/ Shkolnik/pgb (with consent)  
Hunter J. Shkolnik, Esq.  
Rheingold, Valet, Rheingold,  
Shkolnik & McCartney LLP  
113 East 37th Street  
New York, NY 10016  
(212) 684-1880  
hshkolnik@rheingoldlaw.com  

Attorneys for Plaintiff

*[signature]*  
Patrick G. Broderick, Esq.  
Dechert LLP  
30 Rockefeller Plaza  
New York, NY 10112  
(212) 698-3500  
patrick.broderick@dechert.com  

Attorneys for Defendants